AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:22-MJ-00555 | Date and time warrant executed: 08/19/2022 10:42A | Copy of warrant and inventory left with: USPS |

**Inventory made in the presence of:** USPIS Joe Weidenkopf and TFO Gabe Gutierrez

**Inventory of the property taken and name of any person(s) seized:**

USPS # EI 375 563 745 US
- $11,760 US currency
- packaging material

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/22

_____
Executing officer's signature

Sumyra Duy / U.S. Postal Inspector
Printed name and title